AO 455(Rev. 5/85) Waiver of Indictment



**FILED**

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GUILLERMO CHAVEZ-CHAVEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 2464- IEG

 

I, <u>GUILLERMO CHAVEZ-CHAVEZ</u>, the above named defendant, who is accused of

committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 -
> Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on 24 July 2008 prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

 

_____
Defendant

_____
Counsel for Defendant      FOR TIMOTHY SCOTT

_____
Before _____
Judicial Officer